## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MAXIE DARRYL CASTON,<br><br>*Defendant.* | SEALED<br><br>Case No. **CR24-211 RAW**<br><br>**FILED**<br>DEC 11 2024<br>BONNIE HACKLER<br>Clerk, U.S. District Court<br>By_____<br>Deputy Clerk |

**SEALED**

**I N D I C T M E N T**

The Federal Grand Jury charges:

### COUNT ONE

### FELON IN POSSESSION OF FIREARM AND AMMUNITION
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about September 6, 2024, in the Eastern District of Oklahoma, the defendant,

**MAXIE DARRYL CASTON**, having been convicted of a crime punishable by imprisonment for

a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting

interstate commerce, a firearm and ammunition, to wit:

- one (1) Chiappa, Model Chiappa 1873-22, .22 caliber, revolver, serial number 16CO4785;

- one (1) Harrington and Richardson, Model 158, .20 gauge, break open shotgun, serial number AH 216372;

- one (1) J.C. Higgins (High Standard), Model 25, .22 caliber, semi-automatic rifle, no serial number observed;

- one (1) The Marlin Firearms Co., Model Original Golden 39-A, .22 caliber, lever action rifle, serial number 21263888;

- one (1) Remington, Model 770, .243 Winchester caliber, bolt action rifle, serial number M71817716;

- one (1) The Marlin Firearms Co., Model Glenfield 60, .22 caliber, semi-automatic rifle,

serial number 23401877;

- six (6) rounds of .22 Magnum caliber ammunition, to include four (4) rounds of CCI branded ammunition and two (2) rounds of Winchester branded ammunition;

- one (1) round of Remington branded .20-gauge ammunition;

- thirteen (13) rounds of assorted .22 caliber ammunition, to include eleven (11) rounds of Remington branded ammunition and two (2) rounds of Federal branded ammunition; and

- five (5) rounds of Hornady branded .243 Winchester caliber ammunition,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO – [MISDEMEANOR]

### POSSESSION OF METHAMPHETAMINE
### [21 U.S.C. § 844(a)]

On or about September 6, 2024, within the Eastern District of Oklahoma, the defendant, **MAXIE DARRYL CASTON**, knowingly and intentionally possessed methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violation charged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), the defendant, **MAXIE DARRYL CASTON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one (1) Chiappa, Model Chiappa 1873-22, .22 caliber, revolver, serial number 16CO4785;

- one (1) Harrington and Richardson, Model 158, .20 gauge, break open shotgun, serial number AH 216372;

- one (1) J.C. Higgins (High Standard), Model 25, .22 caliber, semi-automatic rifle, no serial number observed;

- one (1) The Marlin Firearms Co., Model Original Golden 39-A, .22 caliber, lever action rifle, serial number 21263888;

- one (1) Remington, Model 770, .243 Winchester caliber, bolt action rifle, serial number M71817716;

- one (1) The Marlin Firearms Co., Model Glenfield 60, .22 caliber, semi-automatic rifle, serial number 23401877;

- approximately six (6) rounds of .22 Magnum caliber ammunition, to include approximately four (4) rounds of CCI branded ammunition and approximately two (2) rounds of Winchester branded ammunition;

- approximately one (1) round of Remington branded .20-gauge ammunition;

- approximately thirteen (13) rounds of assorted .22 caliber ammunition, to include approximately eleven (11) rounds of Remington branded ammunition and approximately two (2) rounds of Federal branded ammunition; and

- approximately five (5) rounds of Hornady branded .243 Winchester caliber ammunition.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

LEWIS M. REAGAN, PA Bar: #86978
Assistant United States Attorney